24336

George Earl HORN, Petitioner v.
DAVIS ELECTRICAL CONSTRUCTORS, INC. Respondent.
(463 S.E. (2d) 320)

Supreme Court

</div>

*James C. Spears, Jr.,* of *Faucette Law Firm,* Spartanburg, *for petitioner.*

*Wallace K. Lightsey,* of *Wyche, Burgess, Freeman & Parham,* Greenville, *for respondent.*

Heard Oct. 4, 1995.

Decided Oct. 30, 1995.

<div align="center">

ON WRIT OF CERTIORARI
TO THE COURT OF APPEALS

</div>

*Per Curiam:*

We granted a writ of certiorari to review the Court of Ap-

peals' opinion in *Horn v. Davis*, 312 S.C. 363, 440 S.E. (2d) 398 (Ct. App. 1994). We dismiss the writ as improvidently granted.